In the Matter of TRIBORO COACH CORPORATION et al., Respondents, against NEW YORK STATE LABOR RELATIONS BOARD et al., Appellants.

Submitted October 20, 1941; decided November 27, 1941.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 286 N. Y. 314.)

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, v. CARL SKARCZEWSKI, Appellant.

Submitted November 17, 1941; decided November 27, 1941.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal* of counsel), for motion.

*Charles J. Mondo* opposed.

Motion denied, default opened and case set down for argument during the second week of the January, 1942, session.